# EXHIBIT B

CT Corporation

**Service of Process Transmittal**
03/20/2018
CT Log Number 533002766

**TO:** Barbara Jenkins
Whole Foods Market, Inc.
550 Bowie St
Austin, TX 78703-4644

**RE:** **Process Served in New York**

**FOR:** Whole Foods Market Group, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOAN LOGUE, Pltf. vs. Whole Foods Market Group, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Notice(s), Verified Complaint, Attachment(s) |
| **COURT/AGENCY:** | New York County: Supreme Court, NY<br>Case # 1519592018 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 08/08/2017 - 250 Seventh Avenue, New York, NY |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/20/2018 at 13:37 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | RAYMOND A. RASKIN<br>186 Joralemon Street, Suite 701<br>Brooklyn, NY 11242<br>718-875-2060 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/22/2018, Expected Purge Date: 03/27/2018 |
| | Image SOP |
| | Email Notification, Email Process SOP@WHOLEFOODS.COM |
| | Email Notification, Roberta Lang barbara.jenkins@wholefoods.com |
| | Email Notification, Jay Warren jay.warren@wholefoods.com |
| | Email Notification, Timothy Horn timothy.Horn@wholefoods.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 111 8th Ave Fl 13<br>New York, NY 10011-5213 |
| **TELEPHONE:** | 212-590-9070 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.