UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN LOGUE,

                Plaintiff,

   - against -

WHOLE FOODS MARKET GROUP, INC.,

                Defendant.

**ORDER**

19 Civ. 2239 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the conference presently scheduled May 14, 2020 is adjourned to **June 11, 2020 at 10:45 a.m.**

Dated:  New York, New York
         May 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge