UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

JOAN LOGUE

Plaintiff,

**PLAINTIFF'S SECOND NOTICE TO PRODUCE**

-against-

1:19 Civ. 02239 (PGG)

WHOLE ROODS MARKET GROUP, INC

Defendant.

-------------------------------------------------------------------------X

**THE FOLLOWING** are plaintiffs' second notice and demands for discovery, post deposition of ZAKARIA CONTEH:

**NOTICE TO PRODUCE**

**PLEASE TAKE NOTICE** that pursuant to Rule 34 of the Federal Rules of Civil Procedure you are hereby demanded to serve the following information and material for discovery and inspection at the offices of Raskin Morelli, LLP., 186 Joralemon Street, Suite 701, Brooklyn, NY 11201, within 30 days:

1. Copies of all photographs of the conditions in the Whole Foods Store, taken on his cell phone by ZAKARIA CONTEH on August 8, 2017, as testified to during his deposition.
2. Copies of the email sent by ZAKARIA CONTEH with narrative transmitting the incident report on the incident.
3. A copy of the notebook or note pad which Zakaria Conteh testified he made notes regarding the incident involving Joan Logue on August 8, 2017.

4. Names and addresses of employees of Elite Security who were present in the Whole Foods Store, Chelsea, on August 8, 2017 at around 5:45 PM who have any information about the video monitoring or camera system installed on that date or about the incident involving Plaintiff.

5. Names and addresses of employees of defendant who worked at the Chelsea store, on August 8, 2017 who clean and fill the bulk canisters

**PLEASE TAKE FURTHER NOTICE**, that the foregoing are continuing demands, and if any of the above items are obtained or discovered after the date of this Demand, they are to be immediately furnished to the undersigned pursuant to these Demands.

Dated: Brooklyn, New York
February 12, 2020

__________________________________

Raymond A. Raskin, Esq.
Raskin Morelli
186 Joralemon St., Suite 701
Brooklyn, New York 11201
(718) 875-2060

TO: Mitchell Levine, Esq.
Fishman McIntyre Berkeley Levine
Samansky P.C.
Attorneys for Defendant
521 Fifth Ave., 17th Floor
New York, N.Y. 10175
(212) 461-7190

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK )<br>
) ss.:<br>
COUNTY OF NEW YORK )

Raymond A. Raskin, an attorney licensed to practice in the courts of the State of New York, affirms the following under penalty of perjury and pursuant to the CPLR,

That I am over eighteen years of age, is not a party to this action; and is attorney for the plaintiff herein. That on May 5, 2020 I served the within:

**Plaintiff's Second Notice to Produce**

upon the following, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

TO: Mitchell Levine, Esq.<br>
Fishman McIntyre Berkeley Levine<br>
Samansky P.C.<br>
Attorneys for Defendant<br>
521 Fifth Ave., 17th Floor<br>
New York, N.Y. 10175<br>
(212) 461-7190

Dated Brooklyn, New York<br>
May 7, 2020

Raymond A. Raskin

______________________________<br>
Raymond A. Raskin, Esq.