UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN LOGUE,

                Plaintiff,

   - against -

WHOLE FOODS MARKET GROUP, INC.,

                Defendant.

**ORDER**

19 Civ. 2239 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that there shall be a conference in this matter on **October 8, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

       It is further ORDERED that Plaintiff may conduct a deposition of Defendant's employee Adonis Dingle, and that the deadline to complete discovery is extended to **October 1, 2020**.

Dated: New York, New York
       July 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge