UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN LOGUE,

                Plaintiff,

- against -

WHOLE FOODS MARKET GROUP, INC.,

                Defendant.

**ORDER**

19 Civ. 2239 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference presently scheduled December 3, 2020 at 11:00 a.m. is moved to **December 3, 2020 at 10:15 a.m.**

Dated: New York, New York
       November 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge