UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN LOGUE,

                    Plaintiff,

          - against -

WHOLE FOODS MARKET GROUP, INC.,

                    Defendant.

**ORDER**

19 Civ. 2239 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a conference in this matter on **March 3, 2021 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that the deadline to complete discovery is extended to **February 1, 2021** for purposes of conducting the depositions of Whole Foods employees Adonis Dingle and Marlon Madramootoo.

Dated: New York, New York
       December 7, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge