UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JOAN LOGUE,

Plaintiff,

-against-

WHOLE FOODS MARKET GROUP, INC.,

Defendant.

---------------------------------------------------------------X

**Civil Action**

**Case No.: 1:19-cv-02239-PGG**

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
February 10, 2021

Raymond A. Raskin, Esq.
Attorney for Plaintiff
186 Joralemon Street, Suite 701
Brooklyn, NY 11201
718-875-2060

Mitchell B. Levine, Esq.
FISHMAN MCINTYRE BERKELEY
LEVINE SAMANSKY, PC.
Attorneys for Defendant
WHOLE FOOD MARKET GROUP, INC.
521 Fifth Avenue, 17th Floor
New York, New York 10175
212-461-7190
WH-014